IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v )<br>)<br>THOMAS WOLFE, III and HIGHLAND )<br>EXCHANGE & DEVELOPMENT, LTD., )<br>)<br>Defendants. ) | CIVIL NO. 1:06-cv-378 |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Bryan Haynes, to appear as counsel for the plaintiff in this matter filed on January 23, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Bryan Haynes is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: January 25, 2007

Dennis L. Howell
United States Magistrate Judge