# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., § § Plaintiff, § § v. § § CIVIL ACTION NO. 1:06-cv-00378 THOMAS WOLFE, III, an individual, § and HIGHLAND EXCHANGE & § DEVELOPMENT, LTD., § § Defendants. § | |

## AGREED ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss With Prejudice (the "Motion") submitted by HomeVestors of America, Inc. ("Plaintiff") and Thomas Wolfe III and Highland Exchange & Development, Ltd. ("Defendants").

It appearing that all matters in controversy herein have been resolved by the parties,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the above styled and numbered cause is hereby dismissed with prejudice to the refiling of same.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all taxable costs of court are taxed against the party incurring same.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all relief not expressly granted is hereby denied and that this is a final Order for all purposes.

Signed: April 16, 2008

Lacy H. Thornburg
United States District Judge

AGREED:

| | |
|---|---|
| s/ Albert Allan | s/ Harold C. Spears |
| **ALBERT ALLAN** | **HAROLD C. SPEARS** |
| N.C. State Bar No. 18882 | N.C. State Bar No.: 8989 |
| **SUMMA, ALLAN & ADDITON, P.A.** | **CAUDLE & SPEARS, P.A.** |
| 11610 N. Community House Road | 2600 Interstate Tower |
| Suite 200 | 121 West Trade Street |
| Ballantyne Corporate Park | Charlotte, North Carolina 28202 |
| Charlotte, North Carolina 28277 | (704) 377-1200 |
| (704) 945-6708 | (704) 338-5858 (facsimile) |
| (704) 945-6735 (facsimile) | hspears@caudlespears.com |
| aallan@summalaw.com | |
| | |
| **BRYAN HAYNES** | s/ Alice C. Richey |
| **(appearing pro hac vice)** | **ALICE C. RICHEY** |
| Texas State Bar No. 09283520 | N.C. State Bar No.: 13677 |
| **LOCKE LORD BISSELL & LIDDELL LLP** | **KENNEDY COVINGTON LOBDELL & HICKMAN, L.L.P.** |
| 2200 Ross Avenue | 214 N. Tryon Street |
| Suite 2200 | Suite 4700 |
| Dallas, Texas 75201 | Charlotte, North Carolina 28202 |
| (214) 740-8000 | (704) 331-7500 |
| (214) 756-8554 (facsimile) | (704) 353-3200 (facsimile) |
| bhaynes@lockeliddell.com | arichey@kennedycovington.com |

**ATTORNEYS FOR PLAINTIFF HOMEVESTORS OF AMERICA, INC.**

**ATTORNEYS FOR DEFENDANTS THOMAS WOLFE, III AND HIGHLAND EXCHANGE & DEVELOPMENT, LTD.**